IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-00842-AP

Dorene Babb

    Plaintiff,

v.

Carolyn W. Colvin,
Acting Commissioner of Social Security,
    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

## 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

<u>For Plaintiff</u>:

Joseph A. Whitcomb
Rocky Mountain Disability Group
1391 Speer Blvd., Suite 705
Denver, CO 80204
(303) 534-1954
(303) 534-1949
joe@RMDLG.com

<u>For Defendant</u>:

John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado
J.B.Garcia@usdoj.gov

Alexess D. Rea
Special Assistant United States Attorney
1961 Stout, Suite 4169
Denver, Colorado 80294-4003
303-844-7101
303-844-0770 (facsimile)
Alexess.rea@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    **Date Complaint Was Filed:** April 2, 2013

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** August 19, 2013

    C.    **Date Answer and Administrative Record Were Filed:** October 23, 2013

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state that, to the best of their knowledge, the record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate any additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not appear to raise unusual claims or defenses.

**7. OTHER MATTERS**

The parties are not aware of any other matters.

**8. BRIEFING SCHEDULE**

    **A.**    **Plaintiff's Opening Brief Due:** December 23, 2013
    **B.**    **Defendant's Response Brief Due**: January 22, 2014
    **C.**    **Plaintiff's Reply Brief (If Any) Due:** February 6, 2014

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement:** Plaintiff does/does not request oral argument.

    **B.**    **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

<i><u>Indicate below the parties' consent choice</u></i>.

    **A.**    **(   )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

***The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.***

DATED this 13th day of November 2013.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

John F. Walsh
United States Attorney

s/ *Joseph A. Whitcomb*  **By:** s/ *Alexess D. Rea*
Joseph A. Whitcomb  Alexess D. Rea
Rocky Mountain Disability Group  Special Assistant U.S. Attorney
1391 Speer, Suite 705  1961 Stout St., Suite 4169
Denver, CO 80204  Denver, CO 80294-4003
(303) 534-1958  (303) 844-7101
(303) 534-1949 (facsimile)  (303) 844-0770 (facsimile)
joe@RMDLG.com  alexess.rea@ssa.gov

Attorney for Plaintiff  Attorneys for Defendant