**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00842-CMA

DORENE LEANNE BABB,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

**FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Affirming ALJ's Decision Denying Social Security Benefits of Judge Christine M. Arguello entered on August 22, 2014 it is

ORDERED that the ALJ's denial of disability benefits is AFFIRMED. It is further

ORDERED that each party shall pay its own costs and attorney fees.

Dated at Denver, Colorado this 22nd day of August, 2014.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

            By: s/ A. Thomas

                Deputy Clerk